## SCHMITTINGER AND RODRIGUEZ, P.A.
### LAWYERS
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE, SECOND FLOOR
REHOBOTH BEACH, DELAWARE 19971-9794
TELEPHONE (302) 227-1400
TELECOPIER (302) 645-1843

REHOBOTH OFFICE
DAVID A. BOSWELL

STATEWIDE
NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J CLARK
BETH B. MILLER
KYLE KEMMER
P. KRISTEN BENNETT
LORI A. BREWINGTON
KATHRYN J. GARRISON
ADAM C. GERBER

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

DOVER OFFICE
414 SOUTH STATE STREET
P.O. BOX 497
DOVER, DELAWARE 19903-0497
TELEPHONE (302) 674-0140
TELECOPIER (302) 674-1830

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 N. MARKET STREET, SUITE 205
WILMINGTON, DELAWARE 19801-1157
TELEPHONE (302) 652-3676
TELECOPIER (302) 652-8788

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
P.O. BOX 626
ODESSA, DELAWARE 19730-0626
TELEPHONE (302) 378-1697
TELECOPIER (302) 378-1659

January 27, 2006

Peter T. Dalleo, Clerk
United States District Court, District of Delaware
Lockbox 18
844 King Street
Wilmington, DE 19801

Re: Patricia T. Toomey v. Stan Taylor et al.
Civil Action No. 97-004 JJF

Dear Mr. Dalleo:

In response to your letter of January 25, 2006, the Plaintiff, Patricia T. Toomey Via, does not wish to retrieve the exhibits in the above-referenced matter and consents to having them discarded. Thank you.

Sincerely yours,

DAVID A. BOSWELL

DAB/thh
cc: Patricia T. Toomey Via (with copy of 01/25/06 letter)

LAW OFFICES
**SCHMITTINGER & RODRIGUEZ**
Professional Association
Wachovia Bank Building
4602 Highway One, Second Floor
Rehoboth Beach, Delaware 19971-9794

Peter T. Dalleo, Clerk
United States District Court, District of Delaware
Lockbox 18
844 King Street
Wilmington, DE 19801



